Eastern District of Kentucky
FILED

AUG 06 2026

AT LEXINGTON
Robert R. Carr
CLERK U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
ASHLAND

UNITED STATES OF AMERICA

V.                                                          INDICTMENT NO. *2637-DB-CJS*

MINDY DENISE HANEY,
BOBBY ALLEN JONES, and
ELSIE FAYE MULLINS

*   *   *   *   *

THE GRAND JURY CHARGES:

## COUNT 1
### 21 U.S.C. § 846

Beginning on or about April 22, 2026, and continuing through on or about June 23, 2026, in Morgan and Wolfe Counties, in the Eastern District of Kentucky,

**MINDY DENISE HANEY,
BOBBY ALLEN JONES, and
ELSIE FAYE MULLINS**

did knowingly and intentionally conspire and agree with each other and with other persons to distribute 50 grams or more of methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), all in violation of 21 U.S.C. § 846.

## COUNT 2
### 21 U.S.C. § 841(a)(1)

On or about April 22, 2026, in Wolfe County, in the Eastern District of Kentucky,

**BOBBY ALLEN JONES**

did knowingly and intentionally distribute a mixture or substance containing a detectable

amount of methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1).

### COUNT 3
**21 U.S.C. § 841(a)(1)**
**18 U.S.C. § 2**

On or about May 13, 2026, in Morgan County, in the Eastern District of Kentucky,

**BOBBY ALLEN JONES and**
**ELSIE FAYE MULLINS,**

aided and abetted by one another, did knowingly and intentionally distribute a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1) and 18 U.S.C. § 2.

### COUNT 4
**21 U.S.C. § 841(a)(1)**
**18 U.S.C. § 2**

On or about May 28, 2026, in Morgan County, in the Eastern District of Kentucky,

**BOBBY ALLEN JONES and**
**ELSIE FAYE MULLINS,**

aided and abetted by one another, did knowingly and intentionally distribute 50 grams or more of methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1) and 18 U.S.C. § 2.

### COUNT 5
**21 U.S.C. § 841(a)(1)**
**18 U.S.C. § 2**

On or about June 11, 2026, in Morgan County, in the Eastern District of Kentucky,

**BOBBY ALLEN JONES and**
**ELSIE FAYE MULLINS,**

aided and abetted by one another, did knowingly and intentionally distribute 50 grams or more of methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1) and 18 U.S.C. § 2.

## COUNT 6
### 21 U.S.C. § 841(a)(1)

On or about June 23, 2026, in Morgan County, in the Eastern District of Kentucky,

**MINDY DENISE HANEY**

did knowingly and intentionally possess with intent to distribute 50 grams or more of methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1).

## COUNT 7
### 18 U.S.C. § 924(c)(1)(A)

On or about June 23, 2026, in Morgan County, in the Eastern District of Kentucky,

**MINDY DENISE HANEY**

did knowingly possess a firearm in furtherance of a drug trafficking crime, as charged in Counts 1 and 6 of this Indictment, for which she may be prosecuted in a court of the United States, in violation of 18 U.S.C. § 924(c)(1)(A).

## COUNT 8
### 18 U.S.C. § 922(g)(1)

On or about June 23, 2026, in Morgan County, in the Eastern District of Kentucky,

**MINDY DENISE HANEY,**

knowing she had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm, that is, a SCCY Industries,

Model CPX-2, 9mm caliber pistol bearing serial number C457951, which was in and affecting interstate commerce, in violation of 18 U.S.C. § 922(g)(1).

### 21 U.S.C. § 851 ENHANCEMENT

Before **BOBBY ALLEN JONES** committed the offenses charged in Counts 1, 4 and 5 of this Indictment, he had at least one prior final conviction for a serious drug felony for which he served a term of imprisonment of more than 12 months and was released from any term of imprisonment related to that offense within 15 years of the commencement of the offenses charged in Counts 1, 4, and 5 of this Indictment, that is, Conspiracy to Trafficking in a Controlled Substance, First Degree, First Offense (Heroin) by final judgment of the Morgan Circuit Court, Case No. 21-CR-00155.

### FORFEITURE ALLEGATION
**21 U.S.C. § 853**
**18 U.S.C. § 924(d)**
**28 U.S.C. § 2461**

1.      By virtue of the felony offenses alleged in Counts 1 through 6 of the Indictment, **MINDY DENISE HANEY, BOBBY ALLEN JONES, and ELSIE FAYE MULLINS** shall forfeit to the United States any and all property used, or intending to be used, to commit and/or facilitate the commission of the violations of 21 U.S.C. §§ 841 and/or 846 and any and all property constituting proceeds obtained directly or indirectly as a result of the commission of those violations. Any and all interests that **MINDY DENISE HANEY, BOBBY ALLEN JONES, and ELSIE FAYE MULLINS** have in this property are vested in and forfeited to the United States pursuant to 21 U.S.C. § 853.

2.      By virtue of the commission of the offenses alleged in the Indictment,

**MINDY DENISE HANEY, BOBBY ALLEN JONES, and ELSIE FAYE MULLINS**

shall forfeit to the United States any and all firearms and ammunition involved in or used,

or intending to be used, in the violations of 21 U.S.C. § 846, 21 U.S.C. § 841, 18 U.S.C. §

922 and/or 18 U.S.C. § 924. Any and all interests that **MINDY DENISE HANEY,**

**BOBBY ALLEN JONES, and ELSIE FAYE MULLINS** have in this property is vested

in and forfeited to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461.

3.      The property to be forfeited includes, but is not limited to, the following:

## FIREARM AND AMMUNITION:
a. SCCY Industries, Model CPX-2, 9mm caliber pistol bearing serial number C457951; and
b. Assorted ammunition.

**A TRUE BILL**



**FOREPERSON**

JASON D. PARMAN
**FIRST ASSISTANT UNITED STATES ATTORNEY**

FRANCISCO J. VILLALOBOS II
**ASSISTANT UNITED STATES ATTORNEY**

## PENALTIES

**COUNTS 1, 4-6:** Not less than 10 years imprisonment, not more than life imprisonment, not more than a $10,000,000 fine, and at least 5 years of supervised release.

**If prior serious drug felony or serious violent felony conviction:** Not less than 15 years imprisonment, not more than life imprisonment, not more than a $20,000,000 fine, and at least 10 years of supervised release.

**COUNTS 2-3:** Not more than 20 years imprisonment, not more than a $1,000,000 fine, and at least 3 years of supervised release.

**If prior felony drug offense:** Not more than 30 years imprisonment, not more than a $2,000,000 fine, and at least 6 years of supervised release.

**COUNT 7:** Not less than 5 years imprisonment and not more than life imprisonment, consecutive to any other sentence, not more than a $250,000 fine, and not more than 5 years supervised release.

**COUNT 8:** Not more than 15 years imprisonment, a $250,000 fine, and 3 years supervised release.

**PLUS:** Forfeiture.

**PLUS:** Mandatory special assessment of $100 per count.

**PLUS:** Restitution, if applicable.